IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LOIS S. RYAN**,

        Plaintiff,

   v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

_____

Civil Case No.  08-6398-HU

O R D E R

    Kathryn Tassinari
    Drew L. Johnson, P.C.
    1700 Valley River Drive
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Dwight C. Holton
    Interim United States Attorney

Page 1 - ORDER

      Adrian L. Brown
      Assistant United States Attorney
      1000 SW Third Avenue, Suite 600
      Portland, Oregon  97204-2904

           Attorneys for Defendant

KING, Judge:

      The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on March 29, 2010.  Plaintiff filed timely objections to the Findings and Recommendation.

      When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

      Ryan takes issue with Magistrate Judge Hubel's and the ALJ's failure to address her impaired processing speed.  Ryan suggests that if the ALJ had considered this impairment, she would have been deemed disabled by at least November of 2004, rather than, as determined by the ALJ, May of 2006.  However, the ALJ relied on Dr. Hennings' unchallenged opinion concluding that Ryan experienced only mild difficulties in maintaining concentration, persistence and pace.  As a result, the ALJ's residual functional capacity assessment was supported by substantial evidence in the record.

Page 2 - ORDER

Additionally, Magistrate Judge Hubel correctly affirmed the ALJ's conclusion regarding Ryan's finger numbness. Ryan's reports to Dr. Bost regarding the numbness in her fingers were unconfirmed by any testing. The ALJ's residual functional capacity assessment was supported by substantial evidence in the record.

Finally, Magistrate Judge Hubel's conclusions regarding Ryan's need to nap[1] and her failure to follow treatment are supported by the evidence and the law. See SSR 96-7p; Bray v. Barnhart, 554 F.3d 1219, 1227 (9th Cir. 2009).

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel (#16 ) dated March 29, 2010 in its entirety, as modified by the analysis set forth above.

IT IS HEREBY ORDERED that the Commissioner's decision is AFFIRMED.

DATED this   6th   day of May, 2010.

    /s/ Garr M. King
    GARR M. KING
    United States District Judge

---

[1] In addition to Magistrate Judge Hubel's analysis, I note the ALJ commented that although Ryan reported sleep difficulties, she also woke with her husband at 2:30 a.m. to ride along with him while he delivered papers. She also reported that it takes one to two hours to fall asleep due to pain, but for some inexplicable reason pain does not stop her from napping during the day. Tr. 18. These are additional reasons to affirm the ALJ's credibility analysis.